IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* JOHN MAMALAKIS, M.D., <br><br> *Plaintiffs*, <br><br> v. <br><br> ANESTHETIX MANAGEMENT, LLC, d/b/a ANESTHETIX OF TEAMHEALTH; TEAMHEALTH HOLDINGS, INC.; *and* DOES 1-100, <br><br> *Defendants*. | Case No. 14-cv-00349 <br><br> Hon. Brett H. Ludwig |

**JOINT STATUS REPORT**

1. As directed by the Court's Text Only Order dated January 24, 2023 (Dkt. 121), the parties, through their counsel, hereby submit the following Joint Status Report about the settlement:

2. The parties are pleased to report that they have reached a final agreement in principle, which fully resolves all disputes and claims here.

3. The parties are still finalizing the settlement agreement and related documents. While the material terms of the settlement have been agreed upon, the parties only received the government's draft agreement last week. They are in the process of finalizing it and expect to be in a position to execute the final settlement agreement shortly.

4. Thus, the parties respectfully request that the Court grant a brief extension of time, until May 1, 2023, for the parties to file a stipulation of dismissal or, if necessary, a new joint status report. The parties expect that they will be able to finalize the settlement agreement and obtain the necessary government approvals well before the requested date.

5. The parties understand their obligations under Local Civil Rule 41(c) and remain mindful of the Court's directive to resolve this action promptly. The parties believe that this requested extension is reasonable and will not unduly prejudice any party or delay the ultimate resolution of this matter.

6. The parties do not believe that a status conference is necessary, as they working to finalize the settlement and related documents. Should the Court require additional information or updates on the progress of the settlement, the parties are prepared to provide such information in writing or by participating in a status conference, as directed by the Court.

7. Thus, the parties ask the Court grant their request for an extension of time until May 1, 2023, to file a stipulation of dismissal or another joint status report.

Dated: March 27, 2023

Respectfully submitted,

**STONE & MAGNANINI LLP**
*/s/ David S. Stone*
David S. Stone, Esq.
400 Connell Drive, Suite 6200
Berkeley Heights, NJ 07922
(973) 218-1111
dstone@smcomplex.com
*Counsel for Relator*